# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**EARL MAYFIELD,**

Plaintiff-Appellant,

v.                                                                    **NO. 28,701**

**BILL T. TINKER,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Linda M. Vanzi, District Judge**

Earl Mayfield
Albuquerque, NM

Pro Se Appellant

Bill T. Tinker
Albuquerque, NM

Pro Se Appellee

## MEMORANDUM OPINION

**CASTILLO, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has

been filed, and the time for doing so has expired.

**Affirmed.**

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Judge**

_____
**MICHAEL E. VIGIL, Judge**